# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

JANET L. DICKEY,

     Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

     Defendant.

Case No. CIV-07-180-RAW

## JUDGMENT

By Order entered this date, this court ordered that this matter be reversed and remanded. It is therefore ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this 5th day of May, 2008.

**Dated this 5th Day of May 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma